[No. 49862-2-I. Division One. May 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MERLE RICKY HOLDREN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10476-2, Paris K. Kallas, J., entered December 14, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Schindler, J.

[No. 50842-3-I. Division One. May 19, 2003.]

NEPA PALLET & CONTAINER CO., INC., *Appellant*, v. CHEP USA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-10585-8, Linda C. Krese, J., entered July 12, 2002. *Remanded* by unpublished opinion per Agid, J., concurred in by Ellington and Schindler, JJ.

[No. 19579-1-III. Division Three. May 20, 2003.]

KIM A. FULLERTON, ET AL., *Appellants*, v. SACRED HEART MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-03931-5, James M. Murphy, J., entered September 19, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 20765-0-III. Division Three. May 20, 2003.]

JOHN MAUK, *Appellant*, v. SOUTH COLUMBIA BASIN IRRIGATION DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 00-2-50002-8, Dennis D. Yule, J., entered December 3, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.